**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Colonial County Mutual Insurance Company

Appellate case number:  01-19-00391-CV

Trial court case number: 2018-10671-A

Trial court:            295th District Court of Harris County

Relator, Colonial County Mutual Insurance Company, has filed a petition for writ of mandamus challenging the trial court's order denying abatement of certain severed claims. The Court requests that any response to the petition by real party in interest be filed by July 1, 2019.

It is so ORDERED.

Judge's signature: _____/s/ Sarah Beth Landau_____
                        Acting individually

Date:   __May 30, 2019___